THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT RIVERA, Appellant.

Submitted March 8, 2010; decided March 25, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE STEWART, Appellant.

Submitted March 22, 2010; decided March 25, 2010

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.